## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| J.C. DRISKILL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 15-975C |
| ) | (Judge Horn) |
| ) | |
| The UNITED STATES ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, J. C. Driskill, Inc. by undersigned counsel, pursuant to Court of Federal Claims Rule 41(a), hereby moves the Court for entry of an Order dismissing this action without prejudice.

Dated: September 9, 2016

By: _____/s/_____
Of Counsel

David A. Hearne, Esquire
Virginia Bar No. 28674
Attorney for Plaintiff
DAVIDH@OGOH.COM
OUTLAND, GRAY, O'KEEFE & HUBBARD
709 Greenbrier Parkway
Chesapeake, VA 23320
Tel.   (757) 547-0171
Fax.   (757) 436-9446